AO 121 (Rev. 06/16)

| TO: <br><br> **Register of Copyrights** <br> **U.S. Copyright Office** <br> **101 Independence Ave. S.E.** <br> **Washington, D.C. 20559-6000** | **REPORT ON THE** <br> **FILING OR DETERMINATION OF AN** <br> **ACTION OR APPEAL** <br> **REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.                DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED <br> ☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED <br> ☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-468-201**

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Irish Elk (Megaloceros) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 10, 2015 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Philippa Kirsten Tacla |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Philippa Kirsten Tacla |
| | 8/221 Peats Ferry Rd, Hornsby, 2077, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Philippa Kirsten Tacla |
| **Email:** | mail@piptacla.com |
| **Address:** | 8/221 Peats Ferry Rd |
| | Hornsby 2077 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 09, 2025 |
| **Applicant's Tracking Number:** | PT2025070901 |

**Correspondence:** Yes



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Philippa Kirsten Tacla

Plaintiff,

v.

Case No.:
1:26–cv–04644

Honorable John Robert
Blakey

The Partnerships and Unincorporated Associations
Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

MINUTE entry before the Honorable John Robert Blakey: Pursuant to the Notice of Voluntary Dismissal, [12], this case is dismissed without prejudice under Rule 41(a). The Court strikes all set dates and deadlines. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.